

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-9-2013

# In Re: Ishmael B. Taylor

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2131

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Ishmael B. Taylor " (2013). *2013 Decisions.* Paper 851.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/851

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HLD-005                                                                NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2131
_____

IN RE:  ISHMAEL B. TAYLOR,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Civ. No. 07-cv-05211)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
May 17, 2012
Before:  MCKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed:  May 9, 2013)
_____

OPINION
_____

PER CURIAM

In April 2012, Ishmael B. Taylor filed this pro se mandamus petition requesting

that we order the District Court to act on his 28 U.S.C. § 2254 petition.  Taylor's § 2254

habeas petition, filed in December 2007, had been ripe for disposition since October

2008.  However, on May 25, 2012, the District Court dismissed the petition in its entirety.

Because Taylor has now received the relief he sought–District Court action on his §2254

petition–we will deny his mandamus petition as moot.